**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 2978 Disciplinary Docket No. 3 |
| | : | |
| CONRAD BENEDETTO | : | No. 76 DB 2023 |
| | : | |
| | : | (United States District Court for the |
| | : | Eastern District of Pennsylvania, Case |
| | : | No. 2:21-cr-00407) |
| | : | |
| | : | Attorney Registration No. 34666 |
| | : | |
| | : | (Philadelphia) |

**ORDER**

**PER CURIAM**

   **AND NOW**, this 22ⁿᵈ day of May, 2023, the Joint Petition to Temporarily Suspend an Attorney is granted, and Conrad Benedetto is placed on temporary suspension. *See* Pa.R.D.E. 214(d)(5). Respondent shall comply with the provisions of Pa.R.D.E 217.